UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
v.                              )        Criminal No. _13Cr/10 0()7Jct_
                                )
ALEXIS HIDALGO, et al.          )

## GOVERNMENT'S MOTION TO SEAL
## INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct

that the indictment be sealed (and that no person shall disclose the return of the indictment except

when necessary for the issuance and execution of a warrant) until the defendant is in custody in the

above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves pursuant to General Order 06-05 that the United States

Attorney, through undersigned counsel, be provided copies of all sealed documents which the United

States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Emily Cummings
Assistant U.S. Attorney

Date: January 15, 2013