UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 13 CR 10017 JLT |
| ) | |
| ) | |
| (1) ALEXIS HIDALGO ) | |

INFORMATION TO ESTABLISH
PRIOR FELONY DRUG CONVICTIONS UNDER 21 U.S.C. §851

1. On or about January 29, 2001, Alexis Hidalgo was convicted in Suffolk Superior Court Case No. 0307CR5304A of Possessing a Class B Substance With Intent to Distribute in violation of M.G.L.c. 94C, §32A.

2. Alexis Hidalgo has subsequently been named as a defendant in an Indictment in this case charging him with conspiracy to distribute cocaine, cocaine base, marijuana, and oxycodone in violation of 21 U.S.C. §§846, and distributing cocaine base in violation of 21 U.S.C. §841(a).

3. By way of this information, the government notifies Alexis Hidalgo that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of the felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section

851(a)(1).

                                      Respectfully submitted,

                                      CARMEN M. ORITZ
                                      United States Attorney

BY: _____
       EMILY CUMMINGS
       JOHN A. WORTMANN, JR.
       Assistant U.S. Attorneys