AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13Cr 10017 JGT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Alexis Hidalgo                                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute heroin in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:    Boston, Massachusetts

United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____                    _____ |
|                                           *Arresting officer's signature* |
|                                           _____ |
|                                           *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  13 Cr 10017 JLT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jonathan Dasilva                                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)
Distribution of Marijuana in violation of 21 U.S.C. § 841(a)(1)
Distribution of Oxycodone in violation of 21 U.S.C. § 841(a)(1)
Possession of Firearm and Ammunition in violation of 18 U.S.C. § 922 (g)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                              United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____         _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. $13Cf/0017 JCT$ |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     John Alves                                            ,

who is accused of an offense or violation based on the following document filed with the court:

| | | | | |
|---|---|---|---|---|
| ✓ Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information | ☐ Complaint |
| ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | | ☐ Violation Notice | ☐ Order of the Court |

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of marijuana in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                     United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
| v. | ) | Case No. 13 cf 10017 JCT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Hamza Awil                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                                United States Magistrate Judge Robert B. Collings
                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13cr10017 JLT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Benjamin Baptista                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____          _____ <br>                                              *Arresting officer's signature* |
|          _____ <br>                                              *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 13 Cf 100(7 J4T |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeremia Barbosa                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Date:  1/16/2013      John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:     Boston, Massachusetts                      United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____          _____ |
|                                               *Arresting officer's signature* |
| |
|                                               _____ |
|                                               *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. $13 Cf 10017 JCT$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Maurice Barnett                                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_____
*Issuing officer's signature*

City and state:      Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. *13cr 10017 JLT* |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jackson Barros                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____          _____ |
|                                              *Arresting officer's signature* |
| |
|                                              _____ |
|                                              *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 13CR1001 JLT |
| Alexis Hidalgo, et al | ) | | |
| *Defendant* | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Beal                                                                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013                                                            _____
                                                                                 *Issuing officer's signature*

City and state:   Boston, Massachusetts         United States Magistrate Judge Robert B. Collings
                                                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .  |
| Date: _____               _____<br>                                                       *Arresting officer's signature*<br><br>                                                       _____<br>                                                       *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  1 3Cr 1 0 0 17 JCT |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Joshua Brandao                    ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_____
*Issuing officer's signature*

City and state:  Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____        _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. $13CF/0017 JLT$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Julio Collazos                    ,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment     [ ] Superseding Indictment     [ ] Information     [ ] Superseding Information     [ ] Complaint
[ ] Probation Violation Petition     [ ] Supervised Release Violation Petition     [ ] Violation Notice     [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts          United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No. `13Cr/0017 JG`

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ilton Correia                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

[✔] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint

[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of marijuana in violation of 21 U.S.C. § 841(a)(1)


**HON. ROBERT B. COLLINGS**
**UNITED STATES MAGISTRATE JUDGE**
United States District Court
**John Joseph Moakley** United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:   1/16/2013

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

(Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  13 CF 10017 JLT |
| Alexis Hidalgo, et al | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Jerry Correia                                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_Issuing officer's signature_

City and state:     Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ <br> at _(city and state)_ _____ . |

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13 cr 10017 JC |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Lino Correia                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

> HON. ROBERT B. COLLINGS
> UNITED STATES MAGISTRATE JUDGE
> United States District Court
> John Joseph Moakley United States Courthouse
> 1 Courthouse Way, Suite 7420
> Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:   Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. $13\,CR\,10017\,JGV$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alexander Dasilva                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

[✔] Indictment     [ ] Superseding Indictment     [ ] Information     [ ] Superseding Information     [ ] Complaint
[ ] Probation Violation Petition     [ ] Supervised Release Violation Petition     [ ] Violation Notice     [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013          1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:      Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ |
|                                                          *Arresting officer's signature* |
|                                                          _____ |
|                                                          *Printed name and title* |

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. $13Cr10017$ JLT |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jose Denis                                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment          [ ] Superseding Indictment       [ ] Information       [ ] Superseding Information       [ ] Complaint

[ ] Probation Violation Petition          [ ] Supervised Release Violation Petition          [ ] Violation Notice       [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. $13Cr 10017 JLT$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Carlos Fernandes                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1 3 C F 1 0 0 1 7 J U |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Moises Figueroa                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment        [ ] Superseding Indictment      [ ] Information     [ ] Superseding Information    [ ] Complaint
[ ] Probation Violation Petition        [ ] Supervised Release Violation Petition       [ ] Violation Notice    [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:     Boston, Massachusetts                                    United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13 C ( 10017 JLT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hamilton Lopes                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment     [ ] Superseding Indictment     [ ] Information     [ ] Superseding Information     [ ] Complaint

[ ] Probation Violation Petition     [ ] Supervised Release Violation Petition     [ ] Violation Notice     [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013     1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210                    *Issuing officer's signature*

City and state:     Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. $13cr/0017$ JL |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Leakana Om                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment      [ ] Superseding Indictment      [ ] Information      [ ] Superseding Information      [ ] Complaint

[ ] Probation Violation Petition      [ ] Supervised Release Violation Petition      [ ] Violation Notice      [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                     _____ |
|                                             *Arresting officer's signature* |
| |
|                                             _____ |
|                                             *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13cr10017JET |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ruth Rivera-Lopes                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846


HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Date:  1/16/2013      Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:     Boston, Massachusetts                      United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   13CР10017JLT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Morris Robinson                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
**John Joseph Moakley United States Courthouse**
Date:  1/16/2013            1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210                              *Issuing officer's signature*

City and state:     Boston, Massachusetts            United States Magistrate Judge Robert B. Collings
                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____        _____ |
|                                       *Arresting officer's signature* |
| |
|                                       _____ |
|                                       *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)     Case No.  *1 3 C r 10017 JLT*<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Martinho Rodrigues                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information     ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Date: 1/16/2013          Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:      Boston, Massachusetts          United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13Cr 10017 JCt |
| Alexis Hidalgo, et al | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Victor Scott                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                      _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Hidalgo, et al<br>_Defendant_ | )<br>)<br>)<br>)<br>) |

Case No.  13cr10017 JGV

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Dulsilina Tavares                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013                    1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

_Issuing officer's signature_

City and state:    Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____ .<br><br>Date: _____<br><br><br>_Arresting officer's signature_<br><br><br>_Printed name and title_ |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13CR10012 JCT |
| Alexis Hidalgo, et al | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Carl Taylor                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

| | | | | |
|---|---|---|---|---|
| ✔ Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information | ☐ Complaint |
| ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | | ☐ Violation Notice | ☐ Order of the Court |

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

_Issuing officer's signature_

City and state:   Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ . |
| Date: _____ |
| _____ |
| _Arresting officer's signature_ |
| _____ |
| _Printed name and title_ |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. $13Cf10017$ $\overline{JL}$ |
| Alexis Hidalgo, et al ) | |
| *Defendant* ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     John Webbe                                                                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)


HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

                                                                                *Issuing officer's signature*

City and state:     Boston, Massachusetts                        United States Magistrate Judge Robert B. Collings
                                                                                *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ |
|                                                                      *Arresting officer's signature* |
|                                                                      _____ |
|                                                                      *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No.  13cr10017 JLT |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   O'Neil Taylor                                                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

| | | | | | |
|---|---|---|---|---|---|
| ✔ Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information | ☐ Complaint |
| ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice | ☐ Order of the Court |

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*