# EXHIBIT 1



Non-Fatal Shootings / Homicides with a Firearm
Hendry Street Area
1/1/06 - 12/31/12

BOSTON REGIONAL
INTELLIGENCE CENTER
BRIC

Legend

Shootings

▲ ABDW (34)

✚ Homicide (3)

0  70  140    280    420    560
Feet

# EXHIBIT 2

**Non-Fatal Shootings / Homicides with a Firearm**
**City-Wide Hostspots**
**1/1/06 - 12/31/12**

BOSTON REGIONAL
INTELLIGENCE CENTER
**BRIC**

0   70  140      280       420       560
Feet

Low Density
High Density

# EXHIBIT 3



# EXHIBIT 4

Working the streets - The Boston Globe

Sign In | Register now

## boston.com

Local Search  Site Search

[                    ]  GO

| HOME | TODAY'S GLOBE | NEWS | BUSINESS | SPORTS | LIFESTYLE | A&E | THINGS TO DO | TRAVEL | CARS | JOBS | REAL ESTATE |

Local   National   World   Campaign '08   Business   Education   Health   Science   NECN   Obituaries   Special reports   Traffic   Weather

HOME /NEWS /LOCAL /MASS.
KEVIN CULLEN

ADVERTISEMENT

The Boston Globe

# Working the streets

Email | Print | Text size — +

By Kevin Cullen
Globe Columnist / November 15, 2007

If it was his aspiration to be a gangster, Patrick "Pistol" Gomes was surrounded by all the trappings as he shuffled into Courtroom 16 on the waterfront Tuesday morning.

He had chains on his wrists and ankles and the power and resources of the federal government aligned against him.

Patrick Gomes is 22 years old, and, if the authorities have their way, he won't be on the streets again until he's an old man.

Not that this was said publicly. Ostensibly, Gomes and his buddy, Alex "A.J." Curet, stand accused of selling crack.

But courts are funny places. Facts get thrown around, and the truth floats somewhere else, elusive, ephemeral, unspoken.

Here's the truth: For much of the last year, Gomes has been the most wanted man in Boston, even though most people have never heard of him. Boston police, state troopers, and federal agents have spent months trying to get him off the streets. He is suspected in several killings. He has been the target of numerous assassination bids.

But the police have not been able to get anyone to testify against Gomes or his associates in Woodward Ave., a gang that takes its name from the street in Roxbury where its members hang.

This is not entirely surprising, given that gangs are expert at intimidating witnesses.

So the authorities resorted to getting Gomes and his pals to implicate themselves. A small, hidden camera was attached to an informant who was sent to buy crack from Gomes and Curet.

The video was played in court Tuesday, when a federal prosecutor ▓▓▓▓▓▓ ▓▓▓▓▓▓ asked Magistrate Judge Timothy Hillman to hold Gomes and Curet without bail until they go to trial.

George Gormley, Gomes's lawyer, suggests that the government's concerns about his client are greatly exaggerated. Harder to explain away are the sound and images of his client selling crack, not to mention the tattoo of a smoking gun with the word pistol that is inked on Gomes's arm.

With Gomes and Curet locked up on drug charges, the police hope they can persuade someone, anyone, to testify against the two and their associates in more serious, violent crimes.

The ultimate goal is to hook Gomes and other members of Woodward Ave. on murder charges.

For now, the cops will settle for a buy-bust on film.

There was a time and place when the only thing Gomes was shooting were basketballs.

His old coach, Bruce Seals, shook his head when he heard what the cops were saying about Patrick Gomes.

### INSIDE BOSTON.COM

**CREATING A COZY DINING ROOM**



These 20 cozy dining rooms take many shapes and styles

**COLLEGES GOING GREEN**



Bike services, rooftop gardens, and more area college projects

**LIGHT EATING RECIPES**



Lighten up with these flavorful meals without the high calories

**GADGETS AT CES**



New tech toys at the Consumer Electronics Show

PLUS...
Blogs |Crossword |Comics |Horoscopes |Games |Lottery |Caption contest|Today in history

### MOST E-MAILED »

1.  Is it the flu or norovirus? How to tell the difference
2.  Leominster family turn backyard into train station
3.  Mrs. Pac Man appears on MIT's Great Dome
4.  With Boston undergoing a flu emergency, guess who's not getting the flu shot? A lot of us
5.  What to do with leftover red wine
6.  Market Basket tempts Twinkie fans with own cakes
7.  Inauguration 2013 events guide

FOLLOW THIS LIST ON TWITTER: @BOSTONPOPULAR

"He was one of my better players," Seals said, standing in the foyer of the Colonel Daniel Marr Boys and Girls Club in Dorchester, 4 miles and a world away from the federal courthouse.

There was discipline and structure at the Marr, and for a while Gomes thrived there. Seals played in the NBA, stands 6 feet, 8 inches, and was protective of Gomes, who is barely 5 feet tall.

Seals often drove him home at night, worried about the streets Gomes had to negotiate alone.

Gomes had a temper, and it got the better of him sometimes, most infamously during a playoff game at the Marr, when he was 15. He threw some chairs. He almost threw one at Seals, but thought better of it.

He never really came back after that.

They save a lot of kids at the Marr. Bruce Seals stared out the glass doors the other day, thinking about one they lost.

"The streets can swallow up a kid," he said. "Swallow him whole."

As Seals spoke, a boy opened the front door. The child was 8 or 9, about the same age Patrick Gomes was when he started coming to the Marr.

The boy walked by, and Seals was still talking about Gomes as he reached down and absentmindedly gave the boy a light squeeze on the shoulder.

The boy stopped, looked up at big Bruce Seals, and smiled.

Kevin Cullen is a Globe columnist. He can be reached at cullen@globe.com. ▪

© Copyright 2007 Globe Newspaper Company.



Ads by Google What's this?

**Probate Law Firm**
Probate Law Firm can help you with your Asset Transfers.
www.ProbateLawFirm.biz

**Public Arrest Records**
1) Enter Name - Search For Free. 2) Get Arrest Records Instantly!
InstantCheckMate.com

**Find a Lawyer - Free**
Find the Right Lawyer in Your Area Save Time - Describe Your Case Now!
www.LegalMatch.com

Home | Today's Globe | News | Business | Sports | Lifestyle | A&E | Things to Do | Travel | Cars | Jobs | Real Estate | Local Search

CONTACT BOSTON.COM | Help | Advertise | Work here | Privacy Policy | Mobile | RSS feeds | Make Boston.com your homepage

CONTACT THE BOSTON GLOBE | Subscribe | Manage your subscription | Advertise | The Boston Globe Extras | The Boston Globe Store | © 2013 NY Times Co.

http://www.boston.com/news/local/massachusetts/articles/2007/11/15/working_the_streets/          1/12/2013

# EXHIBIT 5

**Non-Fatal Shootings / Homicides with a Firearm**
**Woodward Area**

**1/1/06 - 12/31/12**

0  65  130    260    390    520
Feet

BRIC
BOSTON REGIONAL
INTELLIGENCE CENTER

**Legend**

**Shootings selection**

▲ ABDW (27)

✚ Homicide (3)

N
W   E
S

# EXHIBIT 6

**Shots Fired Incidents**
**Woodward Area**

**1/1/12 - 12/31/12**

0  65  130      260      390      520
Feet

**Legend**

● SHOTS FIRED (14)

N
W  E
S

BOSTON REGIONAL
INTELLIGENCE CENTER
**BRIC**

# EXHIBIT 7

Non-Fatal Shootings and Homicides with a Firearm of Woodward and Hendry Associates 1/1/06 - 12/31/12

| shooting_date | location | dist | type | double_shooting | victim1_last | victim1_first | DOB | vict_gang_affiliation | suspected_vict_gang_affil | CC |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-Feb-05 | Hendry Street & Clarkson Street | C11 | ABBW | | Figueroa | Victor | | Hendry | | 50082173 |
| 28-Jun-05 | 19 Clifton St | B2 | Homicide | | Canuto | Ismael | | Woodward | | 50337661 |
| 28-Sep-05 | 13 Burrell St | B2 | ABBW | | Correia | Itlon | | Woodward | | 50522274 |
| 14-Jul-06 | 14 Clifton St | B2 | ABBW | | Fernandes | Andy | | Woodward | | 60378864 |
| 12-Aug-06 | 51 Burrell St | B2 | ABBW | | Berbosa | Jovani | | Woodward | | 60416402 |
| 29-Aug-06 | Dudley St & Albion St | B2 | ABBW | | Fernandes | Gilson | | Woodward | | 60459839 |
| 06-Nov-06 | 771 Albany St | D4 | ABBW | | Lopes | Kenneth | | Woodward | | 60608613 |
| 23-Dec-06 | 8 Dunmore St | B2 | ABBW | x | Dasilva | Jonathan | | Woodward | | 60695762 |
| 11-Feb-07 | 42 Woodward Av | B2 | ABBW | | CURET | Alex | | Woodward | | 70079719 |
| 26-May-07 | 16 Virginia St | B2 | ABBW | | BARBOSA | Jason | | Woodward | | 70156486 |
| 21-Jul-07 | 98 Woolridge St | B2 | Homicide | | DOCANTO | Samuel | | Woodward | | 70400238 |
| 26-Aug-07 | 7 Delano St | C11 | ABBW | x | CORREIA | Claudino | | Woodward | | 70473157 |
| 15-Sep-07 | 40 Langdon St. | B2 | ABBW | | BARROS | Carlos | | | Woodward | 70515188 |
| 23-Jan-08 | Shirley St. & Massachusetts Ave. | B2 | ABBW | | CORREIA | Itlon | | Woodward | | 80046661 |
| 25-Jan-08 | Upham's Ave. & Wilbur St. | C11 | ABBW | | GOMES | Jovani | | Woodward | | 80048329 |
| 18-Jun-08 | Quincy St. & Clarkson St. | C11 | ABBW | | DASILVA | Berardo | | Woodward | | 80348079 |
| 05-Jul-08 | 15 Elder St | B2 | ABBW | | CARDOSA | Delmiro | | | Woodward | 80384648 |
| 22-Oct-08 | 131 Bird St. | B2 | ABBW | | BARBOSA | Jeremia | | Woodward | | 80613599 |
| 09-Nov-08 | 12 Elder St. | B2 | Homicide | x | GOMES | Alexandria | | Woodward | | 80651183 |
| 20-Feb-09 | 7 Stoughton St. | B2 | ABBW | | RODRIGUES | Martino | | Woodward | Woodward | 90093196 |
| 29-Jun-09 | 72 Burrell St | B2 | ABBW | x | CORREIA | Itlon | | | Woodward | 90086071 |
| 29-Jun-09 | 72 Burrell St | B2 | ABBW | x | DASILVA | Bernardo | | Woodward | | 90060073 |
| 26-Oct-09 | 41 Burrell St. | B2 | ABBW | | BARBOSA | Jovani | | Woodward | | 90620311 |
| 02-Dec-09 | 9 Albion St. | B2 | ABBW | | GOMES | Pedro | | Woodward | | 90694203 |
| 22-May-10 | 14 Brook Ave | B2 | ABBW | | BARBOSA | Antonio | | Woodward | | 100273749 |
| 02-May-10 | Adams St & Linden St | C11 | ABBW | | GRAY | Khristopher | | Woodward | | 100278328 |
| 02-Jul-10 | | D4 | ABBW | | LOPES | Kenneth | | Hendry St | | 100357468 |
| 04-Jul-10 | 18 Hendry St | C11 | ABBW | | FIGUEROA | Victor | | Hendry | | 100361188 |
| 04-Jul-10 | 18 Hendry St | C11 | ABBW | | GRAY | Salvatore | | Hendry | | 100361615 |
| 16-Aug-10 | 3 Bakersfield St | C11 | ABBW | | BARBOSA | Antonio | | Woodward | | 100446517 |
| 24-Dec-11 | 870 Massachusetts Ave. | C6 | ABBW | x | LOPES | Kenneth | | Woodward | | 110701779 |
| 24-Dec-11 | 870 Massachusetts Ave. | C6 | ABBW | x | BARBOSA | Jason | | Woodward | | 110701779 |
| 08-Jul-12 | Langdon & Norfolk Ave. | B2 | ABBW | | BARBOSA | Berardo | | Woodward | | 120420165 |
| 08-Aug-12 | 22 Lagrange St | A1 | ABBW | | DASILVA | Berardo | | Woodward | | 120490566 |
| 01-Dec-12 | 509 Dudley St. | B2 | ABBW | | CORREIA | Jerry | | Woodward | | 120754237 |
| 16-Dec-12 | Bedford & Kingston St. | A1 | ABBW | | BARBOSA | Jeremia | | Woodward | | 120786465 |

EXHIBIT 8

Firearm Arrests of Woodward and Hendry Associates 2006 - 2012

| BK_NUM | INCIDENT_NUM | LastName | FirstName | DOB | GANG_NAME | BK_DATE | BK_TIME | BOOKINGDISTRICT | ARREST_LOCATION | DOCKET_NUM | CHARGE_PRINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 200901976902 | 090138259 | GRAY | KEITH | | Hendry St | 19-Jun-09 | 03:10:00 PM | E18 | 135 Clairmel St | 09I2CR0012180 | Assault and Battery by means of a Dangerous Weapon (Gun) |
| 200900094003 | 090134953 | FIGUEROA | MOSES | | Hendry St | 20-May-09 | 09:23:00 AM | E18 | 835 Cummins Hwy, #33 | | Assault by means of a Dangerous Weapon (Gun) |
| 201202967202 | 120112839 | SOLOMON | ANTHONY | | Hendry St | 24-Oct-12 | 08:00:00 PM | B2 | 2400 Washington St | | Unlawful Possession of Firearm |
| 200701c4106 | 060613531 | MARTINO | JOSE | | Hendry St | 11-Nov-06 | 12:16:00 AM | B2 | 69 Proctor St | | Unlawful Possession of Firearm |
| 201001000002 | 100211655 | LORD | ANDREW | | Woodward | 21-Apr-10 | 07:12:00 PM | B2 | 19 Elder St, Dor | | Unlawful Possession of Firearm |
| 200902264111 | 060618331 | GALVAO | GUILHERME | | Woodward | 11-Nov-06 | 12:50:00 AM | B2 | 69 Proctor St | | Unlawful Possession of Firearm |
| 200900077402 | 060610491 | MONTROND | MANUEL | | Woodward | 25-Feb-06 | 11:13:00 PM | B2 | 513 Dudley Street | | Unlawful Possession of Firearm |
| 060100004311 | 060189976 | ROYAL | DANIEL | | Hendry St | 11-Apr-06 | 09:59:00 PM | C11 | 21 Hendry St | | Unlawful Possession of Firearm |
| 201000014311 | 080224831 | ROYAL | DANIEL | | Hendry St | 26-Apr-08 | 07:12:00 PM | C11 | 34 Hendry St | | Assault by means of a Dangerous Weapon (Gun) |
| 200800050911 | 070607900 | ELLERBE | JAMES | | Hendry St | 29-Feb-08 | 08:39:00 AM | C11 | 347 Bowdoin St | | Unlawful Possession of Firearm |
| 200800086611 | 050464150 | ARCE | JONATHAN | | Hendry St | 27-Nov-06 | 01:06:00 PM | B2 | 135 Dudley St | | Unlawful Possession of Firearm |
| 200800086611 | 050464150 | ARCE | JONATHAN | | Hendry St | 19-Mar-08 | 01:29:00 PM | B2 | 40 Gibson St | 05I7CR005994 | Unlawful Possession of Firearm |
| 200900077502 | 060170079 | OTEY | MANUEL | | Hendry St | 04-Apr-06 | 10:09:00 PM | C11 | Burgess St & Clifton St | 05I7CR005994 | Unlawful Possession of Firearm |
| 200900099002 | 090165161 | DASILVA | MANUEL | | Woodward | 28-Mar-09 | 10:18:00 PM | B2 | 184 Norfolk Ave | | Unlawful Possession of Firearm |
| 200700050702 | 070083865 | DASILVA | MANUEL | | Woodward | 14-Feb-07 | 02:14:00 AM | B2 | Blue Hill Ave& Savin St | | Assault by means of a Dangerous Weapon (Gun) |
| 200701019602 | 070155436 | BARROS | CASIMIRO | | Woodward | 28-Apr-07 | 01:09:00 PM | B2 | 117 George St | | Unlawful Possession of Firearm |
| 200701019602 | 060682833 | BARROS | CASIMIRO | | Woodward | 15-Dec-06 | 01:28:00 AM | B2 | Quincy St & Bellevue St | | Unlawful Possession of Firearm |
| 201202954802 | 120667654 | GOMES | PATRICK | | Woodward | 23-Oct-12 | 11:16:00 AM | B2 | 88 Warren St | | Unlawful Possession of Firearm |
| 201000085210 | 060608544 | OTEY | NICHOLAS | | Woodward | 15-Dec-06 | 02:06:00 AM | D4 | 1084 Boylston St | | Unlawful Possession of Firearm |
| 201000085210 | 060608544 | OTEY | NICHOLAS | | Hendry St | 06-Nov-06 | 02:06:00 AM | D4 | 1084 Boylston St | | Firearm with Altered Serial Numbers; Possession |
| 200702625311 | 070101026 | CORREIA | CLAUDINO | | Woodward | 06-Jan-07 | 04:31:00 AM | C11 | 14 Cameron St | | Unlawful Possession of Firearm |
| 200702625311 | 070031454 | CORREIA | CLAUDINO | | Woodward | 10-Nov-07 | 05:00:00 AM | C11 | 1 Dawes St | | Unlawful Possession of Firearm |
| 200720037902 | 120109055 | BARBOSA | JASON | | Woodward | 25-Feb-12 | 09:43:00 PM | C11 | 1 Schroeder Plaza | | Unlawful Possession of Firearm |
| 201001060402 | 102318460 | BARBOSA | JOVANNI | | Woodward | 26-Jun-10 | 11:26:00 AM | B2 | 51 Burrell St | 1001CR0040507 | Unlawful Possession of Firearm |
| 200901417111 | 050591079 | JOHNSON | LAMAR | | Woodward | 13-Jul-09 | 11:32:00 PM | C11 | 380 Talbot | | Unlawful Possession of Firearm |
| 200800241903 | 050108837 | CHARLES | JUSTIN | | Woodward | 31-Aug-06 | 05:24:00 PM | E18 | 1250 Hyde Park Av | 05I2CR004724 | Unlawful Possession of Firearm |
| 200703407502 | 070468887 | LOPES | KENNETH | | Hendry St | 01-Sep-07 | 12:46:00 AM | C11 | 6 Shirley St | | Unlawful Possession of Firearm |
| 200800242711 | 080569251 | MIRANDA | PAUL | | Hendry St | 30-Sep-08 | 12:46:00 AM | B2 | 54 Barry Street | | Unlawful Possession of Firearm |
| 200903032296 | 090303296 | CENTEIO | DERRICK | | Woodward | 24-May-12 | 08:39:00 AM | B2 | 2400 Washington Street | 12I2CR0011828 | Unlawful Possession of Firearm |
| 200902010102 | 060436882 | DEPINA | ANTONIO | | Woodward | 31-Aug-06 | 03:11:00 AM | C11 | Bowdoin St & Draper St | | Unlawful Possession of Firearm |
| 200902010102 | 060436882 | DEPINA | AL | | Woodward | 13-Aug-06 | 03:46:00 AM | C11 | Bowdoin St & Draper St | | Unlawful Possession of Firearm |
| 200702211202 | 070359825 | DEPINA | MICHAEL | | Woodward | 01-Jul-07 | 10:13:00 PM | C11 | 44 Woodward Ave | | Unlawful Possession of Firearm |
| 201202094902 | 120667654 | BRANDAO | JOSHUA | | Woodward | 23-Oct-12 | 11:45:00 AM | B2 | 88 Warren St | | Unlawful Possession of Firearm |

# EXHIBIT 9



# EXHIBIT 10







# EXHIBIT 11



Firearm in Glove Box of Motor Vehicle utilized by Patrick Gomes and Joshua Brandao on 10/23/12



Firearm Seized on 10/23/12 from Patrick Gomes and Joshua Brandao



10 rounds of ammunition recovered from Firearm on 10/23/12

# EXHIBIT 12



