UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| | ) | |
| **(1) ALEXIS HIDALGO** | ) | |

### INFORMATION TO ESTABLISH
### PRIOR FELONY DRUG CONVICTIONS UNDER 21 U.S.C. §851

1.  On or about January 29, 2001, Alexis Hidalgo was convicted in Suffolk Superior Court Case No. 0010264001 of Possessing a Class B Substance With Intent to Distribute in violation of M.G.L.c. 94C, §32A.

2.  Alexis Hidalgo has subsequently been named as a defendant in an Indictment in this case charging him with conspiracy to distribute cocaine, cocaine base, marijuana, and oxycodone in violation of 21 U.S.C. §§846, and distributing cocaine base in violation of 21 U.S.C. §841(a).

3.  By way of this information, the government notifies Alexis Hidalgo that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of the felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section

851(a)(1).

         Respectfully submitted,

         CARMEN M. ORITZ
         United States Attorney

   BY: /s John A. Wortmann, Jr.
      EMILY CUMMINGS
      JOHN A. WORTMANN, JR.
      Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

 The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

         /S John A. Wortmann, Jr.   1/18/13
         JOHN A. WORTMANN, JR.
         Assistant U.S. Attorney