United States District Court

District of Massachusetts

John Joseph Moakley United States Courthouse

1 Courthouse Way, Suite 7420

Boston, Massachusetts 02210

Chambers of
Robert B. Collings
United States Magistrate Judge

November 19, 2013

Telephone No.
(617) 748-9229

United States Marshal John Gibbons
District of Massachusetts
Suite 1-500
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

BY HAND

Dear Marshal Gibbons:

    Re:   *United States v. Alexis Hidalgo,*
           Criminal No. 2013-10017-JLT-01

Reference is made to defendant Hidalgo's letter (#629), copy attached.

Since the letter concerns the conditions of pretrial confinement in the custody of the U.S. Marshals, I forward the letter to you for whatever action, if any, you deem appropriate.

                                      Sincerely yours,

                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

Copy to:
Court CM/ECF docket 13cr10017-JLT-01.
Mr. Alexis Hidalgo, H-1 #220, Plymouth County House of Correction,
    26 Long Pond Road, Plymouth, Massachusetts 02360