Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Alexis Hidalgo        **Case Number:** 0101:13CR10017-RWZ

**Name of Sentencing Judicial Officer:** Honorable Rya W. Zobel, Sr. U.S. District Judge

**Date of Original Sentence:** April 8, 2015

**Original Offense:** Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. § 846 (Count 1s) and Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) (Count 3s & 4s)

**Original Sentence:** 144 months of custody followed by 96 months supervised release

**Type of Supervision:** Supervised Release        **Date Supervision Commencing:** April 9, 2022

---

## PETITIONING THE COURT

[ ] To extend the term of supervision for ___ years, for a total term of ___ years
[X] To modify the conditions of supervision as follows:

**The defendant shall reside at a Residential Reentry Center (RRC) for up to six (6) months, or until he can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.**

## CAUSE

Mr. Hidalgo is currently in the custody of the Bureau of Prisons and has yet to secure adequate housing upon his release. To prevent Mr. Hidalgo from becoming homeless, the Probation Office respectfully recommends that his conditions of supervised release be modified to include that he reside at a RRC for up to six (6) months or until such time that he can secure a residence approved by the Probation Office. Mr. Hidalgo has agreed with this modification as indicated in the attached Probation Form 49, which is being provided for the Court's review. If Your Honor concurs with this recommendation, please indicate by endorsing below.

Reviewed/Approved by:        Respectfully submitted,

*/s/ James Pace*        */s/ Chrissy Murphy*
James Pace        by Chrissy Murphy
Supervisory U.S. Probation Officer        Supervisory U.S. Probation Officer
       Date: 1/5/2022

**THE COURT ORDERS**

| Prob 12B | - 2 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |
|---|---|---|

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Rya W. Zobel,
Sr. U.S. District Judge

_____
Date