PROB 49
(3/89)

# United States District Court

For the District of Massachusetts

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I, Alexis Hidalgo, Dkt No 1:13CR10017-1, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall reside at a Residential Reentry Center (RRC) for up to six (6) months, or until he can secure appropriate housing, as determined by the U.S. Probation Office. While at the RRC, the defendant shall abide by all the rules of the facility.**

Witness _____  Signed _____
        (U.S. Probation Officer)            (Probationer or Supervised Releasee)

12/29/21
(Date)